**Order entered August 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00819-CR

**BRIAN JASON WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80670-2013**

## ORDER

The Court **GRANTS** court reporter LaTresta Ginyard's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/ ADA BROWN
   JUSTICE